**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:17-cv-00776-DJH**

| | |
|---|---:|
| CANDICE COAKLEY | PLAINTIFF |

v.

| | |
|---|---:|
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | DEFENDANT |

**DEFENDANT'S MOTION TO TRANSFER VENUE**
**TO THE EASTERN DISTRICT OF TENNESSEE**

Defendant The Lincoln National Life Insurance Company ("Lincoln"), by and through counsel, hereby moves, pursuant to 28 U.S.C. § 1404(a), to Transfer Venue to the Eastern District of Tennessee and states as follows:

1. This is a claim for long-term disability benefits under an employee benefit plan governed by ERISA (the "Plan").

2. Plaintiff's former employer, which is located in North Carolina, established and administered the Plan.

3. Plaintiff resides in the Eastern District of Tennessee.

4. Plaintiff filed a claim for benefits under the Plan and submitted medical information from her doctors, who are all located in the Eastern District of Tennessee.

5. The alleged breach occurred in the Eastern District of Tennessee.

6. The sole connection between this civil action and the Western District of Kentucky is the location of Plaintiff's counsel, which is entitled to no weight in the transfer analysis.

7. For the reasons stated herein and in Defendant's Memorandum in Support of its Motion to Transfer Venue, filed contemporaneously herewith, the convenience of the parties and witnesses, and the interest of justice are best served by transferring this action to the Eastern District of Tennessee. *See* 28 U.S.C. § 1404(a).

WHEREFORE Lincoln respectfully moves this Court to transfer venue to the Eastern District of Tennessee.

Dated: February 6, 2018

Respectfully submitted,

s/ Robert L. Steinmetz
Robert L. Steinmetz
rsteinmetz@gsblegal.com
Gwin Steinmetz & Baird PLLC
401 West Main Street, Suite 1000
Louisville, Kentucky 40202
(502) 618-5711 telephone
(502) 618-5701 facsimile
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael D. Grabhorn, mdg@grabhornlaw.com

s/Robert L. Steinmetz